SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-mj-1099

FILED

MAY 0 1 2013

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

UNITED STATES OF AMERICA   )
   )
       v.   )
   )
JOSE NORBERTO RIVAS-GARZA   )
   )

ORDER
(UNDER SEAL)

Upon motion of the United States, for good cause shown and for the reasons stated in the motion, it is hereby ORDERED that the Complaint and Affidavit in Support of the Warrant for Arrest in the above-referenced matter, the Motion to Seal, and this Order be sealed by the Clerk until further order by this Court, except that a certified copy of the same be provided to the Office of the United States Attorney and Immigration and Customs Enforcement.

This ____1____ day of ____May____, 2013.

HONORABLE JAMES E. GATES
UNITED STATES MAGISTRATE JUDGE

3